# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CHESTER DOWNS AND MARINA LLC D/B/A HARRAH'S OF PHILADELPHIA, | : | No. 145 EM 2015 |
| Petitioner | : | |
| v. | : | |
| PENNSYLVANIA DEPARTMENT OF REVENUE AND EILEEN MCNULTY, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF REVENUE, | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 31st of October, 2017, the Joint Application for Relief is GRANTED.

It is noted that this Court's stay of *Mount Airy #1, LLC v. Department of Revenue*, 154 A.3d 268 (Pa. 2016), by its terms was in effect only until May 26, 2017, and has since expired.

Justice Wecht files a dissenting statement in which Justice Donohue joins.

Justice Dougherty notes his dissent.